IN THE UNITED STAES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOPE JONES, : | |
|       Petitioner, : | |
| v. : | CIVIL ACTION |
| : | NO. 13-2065 |
| CAROLYN COLVIN, : | |
| Acting Commissioner of Social Security, : | |
|       Defendant. : | |

## ORDER

AND NOW, this 4th day of March, 2015, upon independent consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, (Dkt No. 9), the Commissioner's Response to Request for Review of Plaintiff, (Dkt No. 13), Plaintiff's Reply, (Dkt No. 14), and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, (Dkt No. 16), Plaintiff's Objections to the Report and Recommendation, (Dkt No. 17), the Commissioner's Response to Plaintiff's Objections, (Dkt No. 18), and Plaintiff's Reply, (Dkt No. 19), it is hereby ORDERED that:

1. Plaintiff's objections are OVERRULED;
2. The Report and Recommendation is APPROVED and ADOPTED;
3. Judgment is entered affirming the decision of the Commissioner of the Social Security Administration and the relief sought by plaintiff is DENIED; and
4. The Clerk of Court is hereby directed to mark this case closed for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II   J.